IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re: )
)
BLOCKER CARTER, JR. and ) Chapter 13
BEVERLY JOYCE CARTER )
   Debtors )
) Case No. 18-10119
_____

**PURSUANT TO LOCAL RULE 3007-1, BANKR. M.D. ALA., THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

<u>OBJECTION TO CLAIM #9 UNITED CONSUMER FINANCIAL SERVICES</u>

COMES NOW, the Debtors, by and through counsel, and objects to Claim #9 filed by United Consumer Financial Services:

1. The Creditor filed Claim #9 in the amount of $1,679.33 with a secured claim in the amount of $991.14.

2. The Debtors contend that the debt is owed to the creditor and duly listed them as an unsecured creditor on Schedule F of the Chapter 13 bankruptcy petition.

3. The Debtors do not have this property in their possession, as the property was stolen from the Debtors home.

THEREFORE, Debtors pray that this Court will allow Claim #9 filed by United Consumer Financial Services, but as unsecured.

Dated: April 26, 2018            <u>/s/ Samantha Valenzuela</u>
                                                   Samantha Valenzuela
                                                   The Valenzuela Law Firm, LLC
                                                   Attorney for Debtor
                                                   bankruptcy@v-lawfirm.com
                                                   154 E Broad Street
                                                   Ozark, AL 36360
                                                   (334) 774-1199

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I have served a copy of the foregoing Objection to Claim # filed by United Consumer Financial Services, by CM/ECF, the following:


Sabrina McKinney
Chapter 13 Trustee

United Consumer Financial Services
Bass & Associates, PC
3936 E Ft Lowell Road, Suite 200
Tucson, AZ 85712



Dated: April 26, 2018

/s/ Samantha Valenzuela
Samantha Valenzuela
The Valenzuela Law Firm, LLC
Attorney for Debtor
154 E Broad Street
Ozark, AL 36360
(334) 774-1199